DUNCAN v. SAN LUIS VALLEY LAND & MINING CO. (Circuit Court of Appeals, Eighth Circuit. May 20, 1901.) No. 1,552. In Error to the Circuit Court of the United States for the District of Colorado. Charles J. Hughes, Jr., for plaintiff in error. Edward O. Wolcott, Joel F. Vaile, and C. W Waterman, for defendant in error. Dismissed, with costs, pursuant to rule 23 (31 C. C. A. cxxvi., 90 Fed. cxxvi.), for failure to print record, on motion of defendant in error.

---

FAHRNEY v. COULTER et al. (Circuit Court of Appeals, Eighth Circuit. May 13, 1901.) No. 1,520. Cross Appeal from the Circuit Court of the United States for the Western District of Arkansas. Rose, Hemingway & Rose, for appellant. Dismissed by the court on its own motion, the main appeal (No. 1,513, 109 Fed. 1057) having been dismissed on motion. See 102 Fed. 403.

---

GLADDEN LUMBER CO. v. GLADNEY. (Circuit Court of Appeals, Eighth Circuit. May 6, 1901.) No. 1,437. Appeal from the Circuit Court of the United States for the Eastern District of Arkansas. Tim E. Cooper and St. John Waddell, for appellant. Charles C. Waters, for appellee. Dismissed, with costs, for want of prosecution.

---

GLADISH v. PENNSYLVANIA CO. (Circuit Court of Appeals, Sixth Circuit. January 21, 1901.) No. 883. In Error to the Circuit Court of the United States for the Northern District of Ohio. Charles A. Thatcher, for plaintiff in error. E. W. Tolerton, for defendant in error. No opinion. Affirmed.

---

GUTHRIE v. ARENTS et al. (Circuit Court of Appeals, Fourth Circuit. February 11, 1901.) No. 390. Appeal from the Circuit Court of the United States for the Eastern District of North Carolina. Guthrie & Guthrie, J. S. Manning, and H. A. Foushee, for appellant. W. W. Fuller, Junius Parker, and Winston & Fuller, for appellees. No opinion. Decree of the circuit court (101 Fed. 338) affirmed.

---

HITCHCOCK v. NORTHWESTERN MUT. LIFE INS. CO. (Circuit Court of Appeals, Eighth Circuit. May 23, 1901.) No. 1,559. Appeal from the Circuit Court of the United States for the District of Nebraska. J. H. Mc-Culloch, for appellant. Howard Kennedy, Jr., for appellee. No opinion. Affirmed, with costs.

---

HOMER RAMSDELL TRANSP. CO. v. LA COMPAGNIE GENERALE TRANSATLANTIQUE. (Circuit Court of Appeals, Second Circuit.) Questions of law certified to the supreme court. See 21 Sup. Ct. 831, 45 L. Ed. ——.

---

HUNS v. NEW YORK & P. R. S. S. CO. (Circuit Court of Appeals, Second Circuit.) Question certified to the supreme court. See 21 Sup. Ct. 827, 45 L. Ed. ——.